**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6492**

COLBY S. HUGHES,

        Plaintiff - Appellant,

    v.

DARREN JACKSON; SHERIFF GRAHAM ATKINSON; GREGORY MOSS, JR.; HALEY PHILLIPS,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:24-ct-03249-FL)

Submitted: July 16, 2026                  Decided: July 20, 2026

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Colby S. Hughes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Colby S. Hughes appeals the district court's order dismissing his pro se 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Hughes v. Jackson*, No. 5:24-ct-03249-FL (E.D.N.C. May 30, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*